# EXHIBIT A

## NOTICE OF CONSENT TO BE A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I consent to be a party plaintiff to seek unpaid wages and overtime pay in the case in which this consent is filed (*Dutcher et al. v. Cresco Labs Inc.*). By joining this lawsuit, I designate the named plaintiff(s) in which this consent is filed, and his/her attorneys (and other persons those individuals designate as necessary), as my representatives to make all decisions on my behalf, to the extent permitted by law, concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage and overtime claims, I choose to be represented by Sommers Schwartz, P.C., Steffans Legal, and other attorneys with whom they may associate.

Date: **Mar 30, 2021**          Signature: *Janice Dutcher (Mar 30, 2021 11:33 EDT)*

Printed Name: **Janice Dutcher**

1