# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Janice Dutcher, et al.

                      Plaintiff,

v.                                                   Case No.: 1:21−cv−02106

                                                           Honorable Gary Feinerman

Cresco Labs Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 8, 2021:

      MINUTE entry before the Honorable Gary Feinerman:The 8/13/2021 order [36] granted Plaintiffs' counsel's motion to withdraw, gave Plaintiff until 9/3/2021 to file an appearance, and warned that failure to file an appearance would result in the dismissal of this case for want of prosecution. Plaintiffs have not filed their appearances. Accordingly, this case is dismissed with prejudice for want of prosecution. Enter judgment order. The status hearing set for 9/13/2021 [36] is stricken. Civil case closed.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.